IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:26-mj-223 |
| | ) | |
| POA YANG, | ) | Court Date: June 15, 2026 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E2617154)

THE UNITED STATES CHARGES THAT:

On or about April  11, 2026, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, PAO YANG, did unlawfully drive and operate a motor vehicle while having a blood alcohol concentration of 0.08 percent or more by volume or 0.08 grams or more per 210 liters of breath as indicated by a chemical test administered as provided (to wit: a .16).

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-266(i).)

Count II (Class A Misdemeanor)

THE UNITED STATES CHARGES THAT:

On or about April 11, 2026, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, PAO YANG, did unlawfully drive and operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code Section 18.2-266(ii).)

Count III (Class A Misdemeanor- E2617152)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 11,2026, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, PAO YANG, did unlawfully drive and operate a motor vehicle on a highway at a speed or in a manner so as to endanger life, limb, or property of any person.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-852.)

Count IV (Petty Offense – E2617153)

THE UNITED STATES CHARGES THAT:

On or about April 11, 2026, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, PAO YANG, did unlawfully consume an alcoholic beverage while driving a motor vehicle upon a public highway.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-323.1.)

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

By: _____/s/_____
Julianna Battaglia
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: julianna.battaglia@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on June 10, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By:  _____/s/_____

Julianna Battaglia
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: julianna.battaglia@usdoj.gov